UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAZARIS FULLER,

    Petitioner,

v.

W. L. MUNIZ,

    Respondent.

Case No. 18-cv-06379-PJH

**ORDER DENYING MOTIONS**

Re: Dkt. Nos. 16, 17

Petitioner filed a habeas petition that was denied on the merits on May 14, 2019. Docket No. 11. The court granted a certificate of appealability on one claim but denied it for the remaining claims. *Id*. Petitioner has now filed motions to appoint counsel and for a certificate of appealability and he has filed an appeal with the 9th Circuit.

The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) provides that in habeas cases, whenever "the court determines that the interests of justice so require", representation may be provided for any financially eligible person. Petitioner presented his claims adequately, and they were not particularly complex. The interests of justice do not require the appointment of counsel. The motion to appoint counsel (Docket No. 16) is **DENIED**. Petitioner's motion for a certificate of appealability (Docket No. 17) for the remaining claims is **DENIED** for the same reasons set forth in the prior order.

Petitioner may file these motions in the Ninth Circuit with his appeal.

**IT IS SO ORDERED.**

Dated: August 2, 2019

PHYLLIS J. HAMILTON
United States District Judge